IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTIN BULLOCK and JACK REID, Individually and on behalf of a class, ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL SHEAHAN, SHERIFF OF COOK COUNTY, in his official capacity, and COOK COUNTY, ) ) ) ) ) Defendants. ) ) | Case No.: 04 C 1051 Judge: Elaine Bucklo |

**FED. R. APP. P. 4(a)(5) MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

Defendants move the Court, pursuant to Fed. R. App. P. 4(a)(5), to extend time to for filing a notice of appeal from this Court's July 30, 2008, order denying defendants' motion for summary judgment on the issue of Eleventh Amendment immunity. In support of this motion, defendants state:

1. Defendants moved for summary judgment (Dkt. #327) arguing, *inter alia*, that they are immune from suit in this case based on the immunity provided by the Eleventh Amendment. This Court denied defendants' motion for summary judgment in its entirety (Dkt. #360). Defendants moved pursuant to Fed. R. Civ. P. 54(b) for reconsideration of the denial of Eleventh Amendment immunity (Dkt. #367).

2. An order denying Eleventh Amendment immunity is immediately appealable. *Puerto Rico Aqueduct and Sewer Authority v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993) (states and state entities claiming to be "arms of the state" may take advantage of collateral order doctrine to appeal district court order denying claim of Eleventh Amendment immunity).

3. A notice of appeal must be filed within 30 days from the entry of the order denying summary judgment on the question of immunity. *Toeller v. Wisconsin Dept. of*

6353894v1 838428 51151


*Corrections*, 461 F.3d 871, 873-74 (7th Cir. 2006); *Roque-Rodriguez v. Lema Moya*, 926 F.2d 103 (1st Cir. 1991). Fed. R. App. P. 4(a)(4)(A) enumerates the types of motion which will toll time for filing notice of appeal. *Needham v. White Laboratories, Inc.*, 639 F.2d 394, 397 n.3 (7th Cir. 1981). A motion to reconsider filed pursuant to Fed. R. Civ. P. 54(b) is not among the enumerated motions ad will not toll the time for filing a notice of appeal. *Venen v. Sweet*, 758 F.2d 117 (3rd Cir. 1985) (noting motion for reconsideration under Fed. R. Civ. P. 60(b) filed more than 10 days after entry of order being challenged does not toll time to appeal) .

4. Defendants' notice of appeal from this Court's denial of Eleventh Amendment immunity is currently due to be filed on August 29, 2008. Once a notice of appeal is filed, however, the district court loses jurisdiction to reconsider the denial of immunity. *May v. Sheahan*, 226 F.3d 876, 879-81 (7th Cir. 2000). If defendants timely filed a notice of appeal on August 29, this Court would be deprived of jurisdiction to address defendants' motion to reconsider, which this Court has tentatively set for ruling on September 19.

5. Fed. R. App. P. 4(a)(5) permits this Court to extend the time for filing a notice of appeal (for up to 30 days) upon a showing of either excusable neglect or good cause. Good cause exists to extend the time for filing the notice of appeal in this case because an extension of time of 30 days (to September 29, 2008) would preserve this Court's opportunity to reconsider its ruling before an appeal must be taken to the Seventh Circuit. *See Needham v. White Laboratories, Inc.*, 454 U.S. 927, 931-32 (1981) (Rehnquist, J., dissenting from denial of petition for writ of certiorari) (recognizing extension of time under Fed. R. App. P. 4(a)(5) as appropriate means of preserving right to appeal while awaiting reconsideration of decision by district court).

WHEREFORE, defendants respectfully request that this Court, pursuant to Fed. R. App. P. 4(a)(5) extend the time for filing the notice of appeal for 30 days, to and including September 29, 2008.

          Respectfully submitted,

By: s/Steven M. Puiszis
    One of the Attorneys for Defendant,
    Michael Sheahan, Sheriff of Cook County

By: s/Patrick Driscoll
    Assistant State's Attorney, Patrick
    Driscoll, Chief Civil Actions Bureau,
    Office of the States Attorney of Cook
    County

Steven M. Puiszis
Bernard E. Jude Quinn
Frank J. Marsico
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

6353894v1 838428 51151