# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| QUENTIN BULLOCK and JACK REID, Individually and on behalf of a class, | ) ) ) | |
| Plaintiffs, | ) ) | No.  04 C 1051 |
| vs. | ) ) ) ) | JUDGE BUCKLO |
| MICHAEL SHEAHAN, SHERIFF OF COOK COUNTY, in his official capacity and COOK COUNTY, | ) ) ) ) ) | MAGISTRATE SCHENKIER |
| Defendants. | ) | |

### MOTION FOR AN EXTENSION OF TIME
### TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION

Now comes the Plaintiffs, by and through their attorneys, Thomas G. Morrissey, Ltd. and Robert H. Farley, Jr., Ltd. and request leave of Court for an extension of time until September 5, 2008 to file a response to Defendants' Motion For Reconsideration. In support of this motion, plaintiffs state as follows:

1. The date for the plaintiffs' to file a response to Defendants' Motion For Reconsideration is September 2, 2008.

2. Plaintiffs request until September 5, 2008 to file a respond to defendants 21 page brief because Class Counsel previously made plans to be out of town over the upcoming Labor Day Weekend.

WHEREFORE, the Plaintiffs request an extension of time to September 5, 2008 to file a response to Defendants' Motion For Reconsideration.

Respectfully submitted,

/s/ Thomas G. Morrissey
Plaintiffs Attorney

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 50543
Phone: 773-233-7900
Fax:    773-239-0387

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington
Naperville, IL 60540
Phone: 630-369-0103
Fax:    630-369-0195

# CERTIFICATE OF SERVICE

I, Thomas G. Morrissey, an Attorney for the Plaintiffs, deposes and states that he served a copy of the foregoing, **PLAINTIFFS' MOTION FOR AN EXTENSION TO FILE A RESPONSE TO DEFENDANTS' MOTION TO RECONSIDER.** by E-Filing to the Defendants Attorneys on August 26, 2008.

Patrick Blanchard
Office of State's Attorneys
500 Richard J. Daley Center
Chicago, IL 60602

Bernard E. Jude Quinn
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081

/s/ Thomas G. Morrissey
One of the Attorneys for the Plaintiffs

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd..
1155 S. Washington Street
Naperville, IL 60540
Phone: 630-369-0103
Fax:    630-369-0195

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 50543
Phone: 773-233-7900
Fax:    773-239-0387


