# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

**CERTIFIED COPY**

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 10, 2008

### BEFORE

### DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No.: 08-3471 | QUENTIN BULLOCK and JACK REID,<br>Plaintiffs - Appellees<br><br>v.<br><br>MICHAEL F. SHEAHAN, in his official capacity as Sheriff of Cook County and COOK COUNTY,<br>Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:04-cv-01051
Northern District of Illinois, Eastern Division
District Judge Elaine Bucklo

Upon consideration of the **CIRCUIT RULE 57 MOTION FOR REMAND**, filed on October 8, 2008, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. In light of the district court's indication of a willingness to grant the parties' requested relief, this appeal is **REMANDED** pursuant to Circuit Rule 57 for further proceedings consistent with the district court's October 7, 2008 order. The parties are reminded that "[a]ny party dissatisfied with the judgment as modified must file a fresh notice of appeal." Cir. R. 57.

form name: c7_Order_3J (form ID: 177)

**FILED**

NOV 03 2008 TG
Nov 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT