IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTIN BULLOCK and JACK REID, Individually and on behalf of a class, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 04 C 1051 |
| v. ) ) | Judge: Elaine Bucklo |
| THOMAS J. DART, SHERIFF OF COOK COUNTY, in his official capacity, and COOK COUNTY, ) ) ) ) | |
| Defendants. ) ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that defendant Thomas J. Dart, in his official capacity as Sheriff of Cook County, and defendant Cook County appeal to the United States Court of Appeals for the Seventh Circuit from the memorandum opinion and order entered July 30, 2008 (Doc. 360) and the denial of the motion to reconsider entered on February 27, 2009 (Doc. 429).

Steven M. Puiszis
Bernard E. Jude Quinn
Frank J. Marsico                By: s/Bernard E. Jude Quinn
Hinshaw & Culbertson LLP              One of the Attorneys for defendant,
222 N. LaSalle Street, Suite 300      Thomas J. Dart, Sheriff of Cook County
Chicago, IL 60601-1081
(312) 704-3000                  By: s/Francis J. Catania
                                      Assistant State's Attorney
Patrick Driscoll                      State's Attorney Office of Cook County
Francis J. Catania
Assistant States Attorney
State's Attorney of Cook County
500 Richard J. Daley Center
Room 575
Chicago, IL 60602
(312) 603-5440

6424478v1 838428 51151

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTIN BULLOCK and JACK REID, Individually and on behalf of a class, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 04 C 1051 |
| v. ) ) | Judge Elaine Bucklo |
| THOMAS J. DART, SHERIFF OF COOK COUNTY, in his official capacity, and COOK COUNTY, ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   **See Attached Service List**

PLEASE TAKE NOTICE that on March 18, 2009, we filed with the Clerk of the Court, the **Notice of Appeal**, a copy of which is attached hereto and hereby served upon you.

Steven M. Puiszis
Bernard E. Jude Quinn
Frank J. Marsico                          By: s/Bernard E. Jude Quinn
Hinshaw & Culbertson LLP                       One of the Attorneys for defendant,
222 N. LaSalle Street, Suite 300               Thomas J. Dart, Sheriff of Cook County
Chicago, IL 60601-1081
(312) 704-3000                             By: s/Francis J. Catania
                                               Assistant State's Attorney
Francis J. Catania                             Office of the State's Attorney of Cook
Assistant State's Attorney                     County
State's Attorney of Cook County
500 Richard J. Daley Center
Room 575
Chicago, IL 60602
(312) 603-5440

## CERTIFICATE OF SERVICE

  I hereby certify that on March 18, 2009, I electronically filed this **Notice of Appeal** and **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of the same on:

Thomas G. Morrissey, Esq.  
Attorney at Law  
10249 South Western Avenue  
Chicago, IL  60643  
tgmlaw@ameritech.net  
Fax:  773/239-0387  

Robert Farley, Jr.  
1155 South Washington Street  
Suite 201  
Naperville, Illinois  60540  
farleylaw@aol.com  
Fax  630/369-0195  

Francis J. Catania  
State's Attorney of Cook County  
500 Richard J. Daley Center  
Room 575  
Chicago, IL  60602  
fcatania@cookcountygov.com  
Fax:  312/603-3000  

        By:  s/Bernard E. Jude Quinn  
          *One of the attorneys for defendant,*  
          *Thomas J. Dart, Sheriff of Cook County*