UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Quentin Bullock, et al.
                      Plaintiff,

v.                                                 Case No.: 1:04–cv–01051
                                                              Honorable Elaine E. Bucklo

Thomas Dart, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion (433) for a stay pending appeal is granted. I do not believe the Seventh Circuit will disagree with my ruling on Eleventh Amendment immunity but the appeal of the issue is not frivolous and it would be a waste of resources to have a trial in the meantime if the Seventh Circuit disagrees with me.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.