IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Quentin Bullock and Jack Reid, individually and on behalf of a class, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 04 C 1051 |
| -*vs*- | ) ) | *(Judge Bucklo)* |
| Micheal F. Sheahan, Sheriff of Cook County and Cook County, Illinois, | ) ) ) ) ) | Magistrate: Schenkier |
| *Defendants*. | ) | |

## AGREED MOTION TO APPROVE FINAL PAYMENT OF LATE CLAIMS

Plaintiffs, by counsel and with the agreement of defendants, move the Court to approve the final payment of late claims.

Grounds for this motion are as follows:

1. The settlement of this class action initially required that each class member file his claim by March 1, 2011. This deadline was subsequently extended to April 15, 2011 by Judge Bucklo . Class counsel provided each of the fifty eight thousand (58,000) class members with notice of the settlement by first class mail to his last known address. (See Exhibit A.)

2. Five thousand and ninety one (5,091) claimants filed timely claim forms. This represented an 8.7% return rate from the class.

3. Defendant Cook County mailed checks to the 5,091 claimants. Seventy five (75) checks were returned for incorrect address. Class counsel has furnished defendants with correct address information for 40 of these mis-addressed checks. Defendants have represented that they are in the process of re-mailing these checks.

4. Fifty-five putative class members submitted claim forms during the period between April 16 and June 15, 2011. After receiving the late claims, class counsel contacted the former inmates and requested a written explanation why their claims were filed late. Class counsel received letters from 43 claimants explaining why their claims were submitted late. Class Counsel and defense counsel agree that the 12 late claims filed without an explanation should be denied.

5. After reviewing the explanations provided by the 43 putative class members, defense counsel has agreed to pay 24 of the late claims. In regards to the remaining 19 claimants, hereafter "the challenged claimants", defendant is requesting the claimants to provide proof that they are eligible to be a class member by June 15, 2012. Class counsel has agreed to write to these claimants and request additional information to support their eligibility as a member of the class.

6. As a condition to accepting claims filed with good cause from eligible class members after the deadline of April 15, 2011 and prior to June 15,

2011, defendants request that the Court enter an order terminating for all time the acceptance of any late claims submitted after June 15, 2011. Class counsel does not oppose such an order and submits a proposed order with this motion. (Exhibit B).

It is therefore respectfully requested that the Court approve the following order:

a. Approving the claims of the 24 late claimants filed by class members prior to June 15, 2011;

b. Extending to June 15, 2012 the time for the 19 challenged claimants to submitted proof of their eligibility ;

c. Entering an order terminating for all times the acceptance of any further late claims ;

.                              Respectfully submitted,

                              /s/ Thomas G. Morrissey
                                  Thomas G. Morrissey
                                  10249 S. Western Ave.
                                  Chicago, IL 60643
                                  773-233-7900
                                  Attorney for the plaintiffs